IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                    No. 4:18-CR-191-O

CHRISTAL ANN WALKER (06)

## CONSENT TO ADMINISTRATION OF GUILTY PLEA AND ALLOCUTION BY UNITED STATES MAGISTRATE JUDGE

I, Christal Ann Walker, the defendant in this cause, with the advice and counsel of my attorney, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Judge, who retains final decision making authority over the plea, and that sentencing will be conducted by the District Judge.

*Acquiescence in Consent:*                          *Consent:*

_____                          _____
Attorney for Defendant                              Defendant

**ORDER**

I, JEFFREY L. CURETON, United States Magistrate Judge for the Northern District of Texas, find that the Defendant knowingly and voluntarily waives her right to enter a guilty plea before the United States District Judge and that she has consented to proceeding with her plea of guilty before me.

SIGNED and ENTERED on this 22ⁿᵈ day of ___August___, 2018.

_____
JEFFREY L. CURETON
United States Magistrate Judge